```
                  IN THE UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF GEORGIA
                            ATLANTA DIVISION
```

```
CORBIS CORPORATION,              )
                                 )
     Plaintiff,                  )
                                 )   CIVIL ACTION FILE NO.
vs.                              )
                                 )   1:06-CV-689-CC
1ST MEDICAL NETWORK, LLC,        )
                                 )
     Defendant/Third Party       )
     Plaintiff,                  )
                                 )
vs.                              )
                                 )
Redfern Services, Inc.,          )
                                 )
     Third Party Defendant.      )
```

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF THIRD-PARTY PLAINTIFF 1ST MEDICAL NETWORK'S THIRD PARTY COMPLAINT AGAINST THIRD-PARTY DEFENDANT REDFERN SERVICES**

COME NOW 1st MEDICAL NETWORK, LLC, the third-party plaintiff, and REDFERN SERVICES, INC., the third-party defendant in the above-styled civil action, and by and through their counsel of record and pursuant to Fed.R.Civ.P. 41(a)(1) stipulate that third-party plaintiff 1st Medical's third-party Complaint against third-party defendant Redfern may be dismissed without prejudice. The parties have agreed that each shall bear their own costs and attorneys fees.

{K:\102\090\00133966.DOC}

This 24th day of October, 2006.

                                      Respectfully submitted,

                                      **BAKER, DONELSON et al.**

| | |
|---|---|
| Six Concourse Parkway | _s/Carl M. Davis, II____ |
| Suite 3100 | Carl M. Davis, II |
| Atlanta, GA 30328 | Georgia Bar No. |
| (678) 406-8700 telephone | Counsel for third-party |
| (678) 406-8701 facsimile | defendant Redfern Services |

                                      **CRUSER & MITCHELL, LLP**

| | |
|---|---|
| 3500 Parkway Lane | |
| Suite 750 | _s/Deana Simon Johnson__ |
| Atlanta, Georgia 30092 | William T. Mitchell |
| (404) 881-2622 telephone | Georgia Bar No. 513810 |
| (404) 881-2630 facsimile | Deana Simon Johnson |
| | Georgia Bar No. 646925 |
| | Counsel for third-party |
| | plaintiff 1st Medical Network |

{K:\126\013\00091009.DOC}